**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RONNIE WALLER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-CV-1490-RHH |
| | ) | |
| TAMMY ROSS and JENNIFER | ) | |
| ABDULLAH-CLEMONS, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of the file.  On November 21, 2023, Plaintiff Ronnie Waller, a prisoner, instituted this action by filing a civil rights complaint against two individuals he identified as St. Louis City Justice Center employees.  He filed an Application to Proceed in District Court Without Prepaying Fees or Costs, and the Court granted it and reviewed the Complaint pursuant to 28 U.S.C. § 1915(e)(2).

As fully set forth in the Order dated March 29, 2024, the complaint was defective and subject to dismissal, and Plaintiff was given the opportunity to file an amended complaint to cure the defects.  The Order clearly explained why the complaint was subject to dismissal, gave Plaintiff clear instructions about how to prepare the amended complaint, and cautioned him that his failure to timely file an amended complaint could result in the dismissal of his case without prejudice and without further notice.  On April 1, 2024, Plaintiff notified the Court that his new mailing address was the address of the Eastern Reception, Diagnostic and Correctional Center.  No mail sent from the Court to Plaintiff has been returned as undeliverable as addressed.

Plaintiff's response to the Court was due on April 19, 2024, but as of the date of this Order he has not filed an amended complaint or sought additional time to do so. Plaintiff was

given meaningful notice of what was expected, and cautioned that his case would be dismissed if he failed to timely comply with the Order.  Therefore, the Court will dismiss this case at this time, without prejudice, due to Plaintiff's failure to comply with the March 29, 2024 Court Order and his failure to prosecute this case. *See* Fed. R. Civ. P. 41(b); *see also Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) ("A district court has the power under Fed. R. Civ. P.  41(b) to dismiss an action for the plaintiff's failure to comply with any court order[.]").

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

_Ronnie L. White_
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 26th day of April, 2024.

2